

NUMBER 13-09-00070-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE THE STRUTHOFF COMPANY, INC.

On Petition for Writ of Mandamus.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam[1]

Relator, The Struthoff Company, Inc., filed a petition for writ of mandamus in the above cause on February 12, 2009. Currently before the Court is relator's motion to dismiss this original proceeding.

The Court, having examined and fully considered the motion to dismiss, is of the opinion that relator has shown itself entitled to the relief sought. Accordingly, the motion to dismiss is GRANTED, and the petition for writ of mandamus is DISMISSED without regard to the merits.

---

[1] See TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
4th day of March, 2010.